

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2014

No. 04-13-00201-CV

**BANK OF AMERICAN, N.A**. as Trustee of Bettye Baker Brown Trust, u/w, f/b/o William David Deiss, Bettye Baker Brown Trust u/w, f/b/o Diane Elizabeth Mysliweic, Bettye Baker Brown Trust u/w/, f/b/o Paula Jane Roberts, Dorothy Baker Shaw 1966 Trust, Baker E. Shaw, as Trustee of the Dorothy Ann Roos Testamentary Trust, and Cliff Hoskins, Inc. as Intervenor
Appellants

v.

**PRIZE ENERGY RESOURCES, L.P.**, Prize Operating Company, Gruy Petroleum Management Company n/k/a Cimarex Energy Co. of Colorado, Magnum Hunter Resources, Inc., Cimarex Energy Co., Hunter Gas Gathering, Inc., Pat R. Rutherford Jr., Michael G. Rutherford, Rutherford Oil Corporation, Stevan D. Rutherford, Patrick R. Rutherford III, Mary Elizabeth Rutherford, Paul Maroney Rutherford, David Traylor Rutherford, Michael G. Rutherford Jr., John Richard Rutherford, and Sally Ann Rutherford
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M05-0002-CV-C
Honorable Michael E. Welborn, Judge Presiding

## O R D E R

On August 29, 2014, this court issued its opinion and judgment. On September 4, 2014, Appellees filed an unopposed motion for extension of time to file a motion for rehearing until October 15, 2014. *See* TEX. R. APP. P. 49.1, 49.7, 49.8.

Appellees' motion for extension of time is GRANTED. Appellees' motion is due to be filed with this court on October 15, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court